UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

IN RE:

SCOTT S. TYSON                                         Case No: 10-31514
RHONDA I TYSON                                         Chapter 13
      Debtors                                     Judge: DANIEL OPPERMAN
_____/

SCOTT S. TYSON
RHONDA I TYSON
      Plaintiffs,                                   Adversary Proceeding No. 10-3202
vs

GREEN TREE SERVICING LLC
      Defendant.
_____/

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 26, 2010, I served the Summons and Verified Complaint To Avoid Security Interest In Real Property on the following parties at these addresses:

      Green Tree Servicing LLC
      Keith Anderson/President
      345 Saint Peter Street
      Saint Paul, MN 55102

     By the following means: mailed by Certified Mail United States Postal Service.

Date: 4/1/2010                                         /s/ Kimberly E. Norton
                                                                           Kimberly E. Norton(P66062)
                                                                           UAW-GM Legal Services Plan
                                                                           5125 Exchange Drive
                                                                           Flint, MI 48507
                                                                           Phone: 810-257-0430
                                                                           kimberlyno@uawlsp.com